**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANA ARAMBULA RAMIREZ,<br><br>    Plaintiff<br><br>v.<br><br>TARGET CORPORATION,<br><br>    Defendant | Case No.: 2:24-cv-02215-APG-DJA<br><br>**Order Striking Certificate of Interested Parties** |

I ORDER that plaintiff Ana Arambula Ramirez's certificate of interested parties (ECF No. 6) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify Ramirez's citizenship as required by that rule.

I FURTHER ORDER plaintiff Ana Arambula Ramirez to file a proper certificate of interested parties by January 13, 2025.

DATED this 30th day of December, 2024.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE