**SOED**
**LOREN S. YOUNG, ESQ**.
Nevada Bar No. 7567
**JULIE A. WHITE, ESQ.**
Nevada Bar No. 8725
**LINCOLN, GUSTAFSON & CERCOS, LLP**
*ATTORNEYS AT LAW*
7670 W Lake Mead Blvd, Suite 200
Las Vegas, Nevada 89128
Telephone:(702) 257-1997/ Facsimile: (702) 257-2203
lyoung@lgclawoffice.com
jwhite@lgclawoffice.com

Attorneys for Defendant, TARGET CORPORATION

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANA ARAMBULA RAMIREZ, an individual,<br><br>               Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, a Foreign Corporation; DOES I through X, inclusive and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>               Defendants. | CASE NO. 2:24-cv-02215-MMD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**(Second Request)** |

Plaintiff, ANA ARAMBULA RAMIREZ ("Plaintiff"), by and through her attorney of record, DANIEL C. TETREAULT, ESQ. and RAMZY P. LADAH, ESQ. of the law firm LADAH LAW FIRM and Defendant, TARGET CORPORATION ("Defendant"), by and through its attorneys of record, LOREN S. YOUNG, ESQ. of the law firm LINCOLN, GUSTAFSON & CERCOS, LLP, pursuant to Fed. R. Civ. P. 6, Fed. R. Civ. P. 26, LR 26-1 and LR 26-4, and hereby stipulate and request that the Court extend the discovery deadlines by approximately ninety (90) days continuance of the current discovery deadlines to give the parties additional time to conduct discovery and discuss possible resolution.

Case 2:24-cv-02215-MMD-DJA    Document 27    Filed 08/21/25    Page 2 of 4

Stipulation and Order to Extend (Second Request)
*Ana Arambula Ramirez v. Target Corporation.*
Case No. 2:24-cv-02215-APG-DJA

## I. DISCOVERY COMPLETED

1. Plaintiff served Initial Disclosures on February 6, 2025
2. Plaintiff served First Supplemental Disclosures on March 11, 2025
3. Defendant served their Initial Disclosures on February 4, 2025
4. Plaintiff served Requests for Production, Interrogatories to Defendant on March 31, 2025
5. Defendant served Requests for Production and Interrogatories to Plaintiff on March 7, 2025.
6. Plaintiff served Responses to Requests for Production and Interrogatories on April 7, 2025.
7. Plaintiff served their Second Supplemental Disclosure on April 7, 2025.
8. Plaintiff served their Notice of Taking Deposition of the FRCP 30(b)(6) Designee for Target Corporation on May 6, 2025.
9. Defendant served Responses to Requests for Production and Interrogatories on May 14, 2025.
10. Defendant served their First Supplemental Disclosures on May 14, 2025.
11. Plaintiff served their Amended Notice of Taking Deposition of the FRCP 30(b)(6) Designee for Target Corporation on May 20, 2025.
12. Plaintiff served their Notice of Cancellation of Deposition of the FRCP 30(b)(6) Designee for Target Corporation on June 16, 2025.
13. Defendant served their Second Supplemental Disclosures on June 25, 2025.
14. Defendant served their Third Supplemental Disclosures on June 25, 2025.
15. Defendant served their Fourth Supplemental Disclosures on July 14, 2025.
16. Defendant served their Fifth Supplemental Disclosures on July 18, 2025.
17. Plaintiff served their Third Supplemental Disclosures on July 18, 2025.
18. Defendant served their Sixth Supplemental Disclosures on August 7, 2025.
19. Defendant served their Seventh Supplemental Disclosures on August 7, 2025.
20. Plaintiff served their Second Notice of Taking Deposition of the FRCP 30(b)(6) Designee for Target Corporation on August 8, 2025.
21. Defendant served their Eighth Supplemental Disclosure on August 12, 2025.
22. Defendant served their Ninth Supplemental Disclosure on August 13, 2025.
23. Defendant served their Tenth Supplemental Disclosure on August 19, 2025.

Case 2:24-cv-02215-MMD-DJA    Document 27    Filed 08/21/25    Page 3 of 4

Stipulation and Order to Extend (Second Request)
*Ana Arambula Ramirez v. Target Corporation.*
Case No. 2:24-cv-02215-APG-DJA

## II. DISCOVERY THAT REMAINS TO BE COMPLETED

1. Deposition(s) of Plaintiff;
2. Depositions of Plaintiff's witnesses;
3. Deposition(s) of Plaintiff's treating physician(s);
4. Depositions of witnesses identified by Plaintiff and Defendant;
5. Initial and Rebuttal Expert Disclosures;
6. Depositions of retained experts;
7. FRCP 35 Exam; and
8. Other discovery as deemed necessary by the parties.

## III. REASON DISCOVERY HAS NOT BEEN COMPLETED

The parties have been diligently engaged in discovery thus far and wish to engage in resolution discussions. The parties wish to avoid unnecessary costs, fees and expenses in the interest of potential resolution, in light of completed treatment and low damages. The parties are seeking a 90-day continuance to allow the parties to obtain the ongoing medical records as Plaintiff is still seeking medical treatment which is delaying the scheduling of a FRCP 35 examination and would like to mediate before expending significant time and funds on experts.

**PROPOSED SCHEDULE FOR COMPLETING REMAINING DISCOVERY**

It is hereby stipulated that the discovery cutoff deadline be extended for a period of 90 days. If approved, the new discovery deadlines would be modified as follows:

///
///
///
///
///
///
///
///
///

*Stipulation and Order to Extend (Second Request)*
*Ana Arambula Ramirez v. Target Corporation.*
*Case No. 2:24-cv-02215-APG-DJA*

| EVENT DEADLINE | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Close of Discovery | 11/18/2025 | **02/16/2026** |
| Motions to Amend Pleadings | 08/20/2025 | **11/18/2025** |
| Initial Expert Disclosures | 09/19/2025 | **12/18/2025** |
| Rebuttal Expert Disclosures | 10/17/2025 | **01/15/2026** |
| Dispositive Motions | 12/18/2025 | **03/18/2026** |
| Joint Pre-Trial Order | 01/17/2026 | **04/17/2026** |

**IT IS SO STIPULATED AND AGREED.**

DATED this 20th day of August, 2025

**LADAH LAW FIRM**

*/s/ Daniel C. Tetreault, Esq.*
_____
**DANIEL C. TETREAULT, ESQ.**
Nevada Bar No. 11473
daniel@ladahlaw.com
517 S. Third Street
Las Vegas, NV 89101
*Attorneys for*
*ANA ARAMBULA RAMIREZ*

DATED this 20th day of August, 2025

**LINCOLN, GUSTAFSON & CERCOS**

*/s/ Loren S. Young, Esq.*
_____
**LOREN S. YOUNG, ESQ.**
Nevada Bar No. 7567
**JULIE A. WHITE, ESQ.**
Nevada Bar No. 8725
7670 W. Lake Mead Blvd, Suite 200
Las Vegas, Nevada 89128
*Attorneys for Defendant,*
*TARGET CORPORATION*

## **ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 8/21/2025