**LOREN S. YOUNG, ESQ**.
Nevada Bar No. 7567
**JULIE A. WHITE, ESQ.**
Nevada Bar No. 8725
**LINCOLN, GUSTAFSON & CERCOS, LLP**
*ATTORNEYS AT LAW*
7670 W Lake Mead Blvd, Suite 200
Las Vegas, Nevada 89128
Telephone:(702) 257-1997
Facsimile: (702) 257-2203
lyoung@lgclawoffice.com
jwhite@lgclawoffice.com

Attorneys for Defendant, TARGET CORPORATION

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANA ARAMBULA RAMIREZ, an individual,<br><br>                    Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, a Foreign Corporation; DOES I through X, inclusive and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>                    Defendants. | CASE NO. 2:24-cv-02215-MMD-DJA<br><br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S MOTION TO EXTEND DISCOVERY DEADLINES** |

Plaintiff, ANA ARAMBULA RAMIREZ ("Plaintiff"), by and through her counsel of record, Daniel C. Tetreault, Esq. and Ramzy P. Ladah, Esq., of LADAH LAW FIRM, and Defendant, TARGET CORPORATION ("Defendant"), by and through its respective counsel of record, Loren S. Young, Esq. and Julie A. White, Esq., of LINCOLN, GUSTAFSON & CERCOS, LLP, hereby

/ / /

/ / /

/ / /

/ / /

/ / /

-1-

stipulate to extend time to respond to the Plaintiff's Motion to Extend Discovery Deadlines (ECF No. 28). The parties had ongoing communications concerning a proposed stipulation. The parties were ultimately unable to come to an agreement concerning the stipulation to extend deadlines. On January 29, 2026, the discussions failed, which lead to the agreement amongst counsel to permit a 2-day extension to file an Opposition to Plaintiff's Motion To Extend Discovery Deadlines, with the new deadline of February 2, 2026.

**IT IS SO STIPULATED AND AGREED.**

DATED this 30th day of January, 2026.      DATED this 30th day of January, 2026.

**LADAH LAW FIRM**                        **LINCOLN, GUSTAFSON & CERCOS**

*/s/ Daniel C. Tetreault*                 */s/ Loren S. Young*

**DANIEL C. TETREAULT, ESQ.**             **LOREN S. YOUNG, ESQ.**
Nevada Bar No. 11473                      Nevada Bar No. 7567
daniel@ladahlaw.com                       **JULIE A. WHITE, ESQ.**
517 S. Third Street                       Nevada Bar No. 8725
Las Vegas, NV 89101                       7670 W. Lake Mead Blvd, Suite 200
*Attorneys for*                           Las Vegas, Nevada 89128
*ANA ARAMBULA RAMIREZ*                    *Attorneys for Defendant,*
                                          *TARGET CORPORATION*

<u>**ORDER**</u>

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED:___2/2/2026_____