**LOREN S. YOUNG, ESQ.**
Nevada Bar No. 7567
**JULIE A. WHITE, ESQ.**
Nevada Bar No. 8725
**LINCOLN, GUSTAFSON & CERCOS, LLP**
*ATTORNEYS AT LAW*
7670 W Lake Mead Blvd, Suite 200
Las Vegas, Nevada 89128
Telephone:(702) 257-1997/ Facsimile: (702) 257-2203
lyoung@lgclawoffice.com
jwhite@lgclawoffice.com

Attorneys for Defendant, TARGET CORPORATION

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANA ARAMBULA RAMIREZ, an individual,<br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, a Foreign Corporation; DOES I through X, inclusive and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | CASE NO. 2:24-cv-02215-MMD-DJA<br><br>ORDER GRANTING<br>**STIPULATION AND ORDER FOR DIMISSAL OF ALL CLAIMS WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties, Plaintiff, ANA ARAMBULA RAMIREZ, by and thorough her attorneys of record, DANIEL C. TETREAULT, ESQ. and RAMZY P. LADAH, ESQ. of LADAH LAW FIRM; and Defendant, TARGET CORPORATION, by and through its attorney of record, LOREN S. YOUNG, ESQ. and JULIE A. WHITE, ESQ., of the

///

///

///

///

///

///

law firm LINCOLN, GUSTAFSON & CERCOS, LLP, that Plaintiff ANA ARAMBULA RAMIREZ's Complaint, as well as all cross-claims, counter-claims, or other related claims, are hereby dismissed as to all parties, with prejudice, each party to bear their attorney's fees and costs.

DATED this 1 day of September, 2026

**LADAH LAW FIRM**

/s/

**DANIEL C. TETREAULT, ESQ.**
Nevada Bar No. 11473
517 S. Third Street
Las Vegas, NV 89101
*Attorneys for Plaintiff*
*ANA ARAMBULA RAMIREZ*

DATED this 1 day of September, 2026

**LINCOLN, GUSTAFSON & CERCOS**

/s/

**LOREN S. YOUNG, ESQ.**
Nevada Bar No. 7567
**JULIE A. WHITE, ESQ.**
Nevada Bar No. 8725
7670 W. Lake Mead Blvd, Suite 200
Las Vegas, Nevada 89128
*Attorneys for Defendant,*
*TARGET CORPORATION*

IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE

DATED: September 9, 2026